ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.
*Admitted Pro Hac Vice*
GREGORY R. TAN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com
       tangr@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAESAR L. TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>    Defendants. | CASE NO. 2:19-cv-01582-KJD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO INTERVENE**<br><br>**(FIRST REQUEST)** |

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiff Caesar L. Torres ("Plaintiff"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that the time within which the Defendants have to file and serve a responsive pleading to Plaintiffs' Motion for Leave to Intervene for the Limited Purpose of Seeking Consolidation, Dkt. 22, is extended to December 9, 2019, and the time within which the

Plaintiff has to file and serve his reply is extended to December 16, 2019. This Stipulation is entered into as a result of the Defendants' counsel having scheduling conflicts which necessitate the request for additional time to prepare and file said Response.

Stipulated this 4th day of December 2019.

| WETHERALL GROUP, LTD. | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Peter C. Wetherall<br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 4414<br>pwetherall@wetherallgroup.com<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>Facsimile: (702) 837-5081<br><br>*Counsel for Plaintiffs* | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>swanise@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>CASEY SHPALL, ESQ.<br>*Admitted Pro Hac Vice*<br>shpallc@gtlaw.com<br>GREGORY R. TAN, ESQ.<br>*Admitted Pro Hac Vice*<br>tangr@gtlaw.com<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Dated this  9  day of December 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 4, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP
