ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
 Email: swanise@gtlaw.com
CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:   shpallc@gtlaw.com
         tangr@gtlaw.com
*Admitted Pro Hac Vice

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAESAR L. TORRES,<br><br>                                    Plaintiff,<br><br>     v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>                                    Defendants. | CASE NO. 2:19-cv-01582-KJD-BNW<br><br>**STIPULATION AND ORDER REGARDING WITHDRAWAL OF PLAINTIFF'S CLAIMS FOR EMPLOYMENT RELATED DAMAGES** |

The parties, Plaintiff CAESAR L. TORRES ("Plaintiff") and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), by and through their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

1.     This case was part of a multi-district litigation proceeding styled, *In Re: Bard IVC Filters Products Liability Litigation, MDL 2641* ("MDL"), pending before Senior Judge David Campbell of the District of Arizona.

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

2.     Plaintiff originally filed his Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial (the "SAC") in the MDL.  *See,* ECF No. 1.  The SAC incorporates by reference the Master Complaint for Damages ("Master Complaint") filed in the MDL. *See, id.* at p. 1.

3.     The Master Complaint, a copy of which has been filed for reference in this action (*see,* ECF No.35-1), contains a prayer for relief stating, "Plaintiffs demand judgment against Defendants for: … past and future lost wages and loss of earning capacity."  *See, id.* at p. 63. The SAC incorporates this prayer for relief by reference.  *See,* ECF No. 1, at p.1.

4.     Pursuant to Fed. R. Civ. Pro. 15(a)(2), the parties hereby stipulate to the withdrawal of Plaintiff's claims for employment related damages, under all counts set forth in the SAC and/or the Master Complaint, including past or future lost wages, past or future loss of earnings capacity, past or future loss of employment opportunities, past or future loss of educational opportunities, past or future loss of employment promotion and and/or other employment related losses.

**IT IS SO STIPULATED.**

Dated this 15th day of April 2020.          Dated this 15th day of April 2020

WETHERALL GROUP, LTD.             GREENBERG TRAURIG, LLP

By:   */s/  Peter C. Wetherall*          By:  */s/  Eric W. Swanis*
PETER C. WETHERALL, ESQ.             ERIC W. SWANIS, ESQ.
Nevada Bar No. 4414                  Nevada Bar No. 6840
pwetherall@wetherallgroup.com        10845 Griffith Peak Drive, Suite 600
9345 W. Sunset Road, Suite 100       Las Vegas, Nevada 89135
Las Vegas, Nevada 89148
Telephone: (702) 838-8500            CHRISTOPHER J. NEUMANN, ESQ.*
Facsimile: (702) 837-5081            GREENBERG TRAURIG, LLP
*Counsel for Plaintiffs*             1144 15th Street, Suite 3300
                                     Denver, Colorado 80202
                                     Telephone: (303) 572-6500
                                     *Admitted Pro Hac Vice*
                                     *Counsel for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated   Jul;y 28, 2020

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 50003189v1