1  ERIC W. SWANIS, ESQ.
   Nevada Bar No. 6840
2  **GREENBERG TRAURIG, LLP**
3  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-3773
5  Facsimile: (702) 792-9002
   Email: swanise@gtlaw.com
6

7

8  ELIZABETH C. HELM, ESQ.*
   *Admitted Pro Hac Vice*
9  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   Atlantic Station
10 201 17th Street, NW, Suite 1700
   Atlanta, GA  30363
11 Telephone: (404) 322-6000
   kate.helm@nelsonmullins.com
12
   *Counsel for Defendants*
13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAESAR L. TORRES, | Case No. 2:19-cv-01582-KJD-BNW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2022.

| **WETHERALL GROUP, LTD** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
|---|---|
| By: */s/ Peter C. Wetherall*<br>   (S*igned with permission*)<br>   PETER C. WETHERALL, ESQ.<br>   Nevada Bar No. 4414<br>   9345 W. Sunset Road, Suite 100<br>   Las Vegas, NV 89148<br>   pwetherall@wetherallgroup.com | */s/ Elizabeth C. Helm*<br>ELIZABETH C. HELM, ESQ.*<br>*Admitted Pro Hac Vice<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br>Email: kate.helm@nelsonmullins.com |
| *Counsel for Plaintiff* | ERIC W. SWANIS, ESQ. (NSB 6840)<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email: swanise@gtlaw.com |
| | *Counsel for Defendants* |

**ORDER**

**IT IS SO ORDERED:**

Dated this 12th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on **May 11, 2022**, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ Elizabeth C. Helm
Elizabeth C. Helm